UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*(Before the Honorable Jennifer B. Coffman, Judge)*

Eastern District of Kentucky
**FILED**

NOV 1 6 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**Electronically Filed:**

**CIVIL ACTION NO. 04-458-JBC**

**DAVID A. KOENIG, Administrator**     **PLAINTIFF**
of the Estate of Ronald Joseph Epling

vs.

**STEVE HANEY, et al.**     **DEFENDANTS**

## AGREED ORDER OF DISMISSAL
## WITH PREJUDICE

By agreement of the parties as evidenced by the signature of their counsel of record below, and the Defendant having agreed to reimburse the Plaintiff's counsel for the filing and service fees incurred in this matter in the total amount of $194.29, and the Court being duly and sufficiently advised in all respects:

**IT IS HEREBY AGREED, ORDERED AND ADJUDGED** that the claims asserted by the Plaintiff, David A. Koenig, Administrator of the Estate of Ronald Joseph Epling, deceased, which are the subject matter of this litigation be and are hereby **DISMISSED WITH PREJUDICE** as to the re-filing with the Defendant to reimburse the Plaintiff's counsel for the filing and service fees incurred in this matter in the amount of $194.29. This action shall be dismissed and removed from the Court's docket upon the entry of this Order.

SO ORDERED THIS ___16TH___ DAY OF ___November___ 2007.

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

**HAVE SEEN AND AGREED:**

/s/ *Jacqueline S. Sawyers, Esq., per telephonic and email permission.*
JACQUELINE S. SAWYERS, ESQ.
*Counsel for Plaintiff*


/s/ *John C. Cummings, Esq.*
JOHN C. CUMMINGS, ESQ.
Staff Attorney
Justice and Public Safety Cabinet
*Counsel for Defendants*


**THIS ORDER PREPARED BY:**

/s/ *Jacqueline S. Sawyers, Esq., per telephonic and email permission.*
JACQUELINE S. SAWYERS, ESQ.
2493 Dixie Highway
Fort Mitchell, Kentucky 41017
(859) 578-9555